**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  03-cv-00485-REB-OES

MADINA BUHENDWA,

     Plaintiff,

v.

UNIVERSITY OF COLORADO AT BOULDER,

     Defendant.

**ORDER OVERRULING OBJECTION TO AND
ADOPTING RECOMMENDATION OF THE
UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

The matter before me is Plaintiff's Objection to Magistrate Judge's Recommendation for Dismissal [#83], filed October 4, 2005.  As required by 28 U.S.C. § 636(b), I have reviewed *de novo* all portions of the recommendation to which objections have been filed, and have considered carefully the recommendation, the objections, and the applicable caselaw.  The recommendation is detailed and well-reasoned.  Plaintiff's objections are without merit.  Therefore, I find and conclude that the arguments advanced, the authorities cited, and the findings of fact, conclusions of law, and recommendation proposed by the Magistrate Judge should be approved and adopted.

     **THEREFORE, IT IS ORDERED** as follows:

     (1)  That Plaintiff's Objection to Magistrate Judge's Recommendation for

Dismissal [#83], filed October 4, 2005, are **OVERRULED** and **DENIED**;

(2) That the Magistrate Judge's Recommendation For Dismissal [#76], filed August 22, 2005, is **APPROVED AND ADOPTED** as an order of this court;

(3) That the University's Motion for Summary Judgment [#63], filed July 6, 2005, is **GRANTED**;

(4) That plaintiff's claims are **DISMISSED WITH PREJUDICE**;

(5) That **JUDGMENT SHALL ENTER** in favor of defendant and against plaintiff;

(6) That the trial preparation conference, scheduled for Monday, November 21, 2005, at 1:00 p.m., as well as the trial, scheduled to commence on Monday, November 28, 2005, are **VACATED**;

(7) That any other pending motion is **DENIED AS MOOT**; and

(8) That defendant is **AWARDED** its costs, to be taxed by the Clerk of the Court pursuant to Fed.R.Civ.P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated October 24, 2005, at Denver, Colorado.

BY THE COURT:

s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge