**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No: 03-cv-00485-REB-OES

MADINA BUHENDWA

Plaintiff(s);

v.

UNIVERSITY OF COLORADO AT BOULDER, et.al.

Defendant(s).

## ORDER RE: MOTION TO VACATE HEARING ON BILL OF COSTS

THIS MATTER, having come before the Court on Parties Motion to Vacate the hearing before the clerk on Defendants' Bill of Costs, hereby orders:

The motion is GRANTED.  Hearing Scheduled for December 20, 2005 at 9:00 a.m. is hereby VACATED.

Dated December 19, 2005, at Denver, Colorado.

By the Court:

s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge